# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132947

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DAVE HARRIS,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132947
COA: 263090
Calhoun CC: 2004-003661-FH

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

p0416